# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| DALLAS J. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-0032 |
| | ) | Judge Trauger |
| SOUTHERN HEALTH PARTNERS, | ) | Magistrate Judge Knowles |
| LES HELTON, SABRINA PATTERSON, and | ) | |
| GARY BARRONE, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On November 4, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 41), to which the plaintiff has filed a timely objection (Docket No. 44). The plaintiff misunderstands the import of the Report and Recommendation. The Report and Recommendation recommends granting the Motion to Dismiss filed only by defendant Southern Hill Partners, Inc. His claims against the individual defendants, Les Helton, Sabrina Patterson and Gary Barrone remain pending. The court notes that the individual defendants have filed a Motion to Dismiss (Docket No. 36); however, that motion has not yet been addressed by the Magistrate Judge.

The objections filed by the plaintiff to the Report and Recommendation provide no basis to reject the Magistrate Judge's recommendation with regard to the Motion to Dismiss filed by defendant Southern Health Partners, Inc. That motion (Docket No. 27) is, therefore, **GRANTED**, and the claims against defendant Southern Health Partners, Inc. are **DISMISSED WITH PREJUDICE**.

1

This case is **RETURNED** to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 17th day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge