IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DALLAS J. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-0032 |
| | ) | Judge Trauger |
| SOUTHERN HEALTH PARTNERS, | ) | Magistrate Judge Knowles |
| LES HELTON, SABRINA PATTERSON, and | ) | |
| GARY BARRONE, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On August 4, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 54), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion to Dismiss for Insufficiency of Service filed by defendants Helton, Patterson and Barrone (Docket No. 36) is **DENIED**.

It is hereby **ORDERED** that the Clerk shall return this case to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 29th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge