IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DALLAS J. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-0032 |
| | ) | Judge Trauger |
| LES HELTON, SABRINA PATTERSON, and | ) | Magistrate Judge Knowles |
| GARY BARRONE, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On March 27, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 121), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion to Amend or Supplement Complaint (Docket No. 85) is **DENIED**.

It is so **ORDERED**.

ENTER this 15th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge